IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 95-40883

JANEY BRISENO; PATRICIA HARGUS,

Plaintiffs-Appellees,

versus

WAL-MART STORES, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the
Southern District of Texas
(V-93-CV-29)

September 24 1996
Before GARWOOD, BARKSDALE and DENNIS, Circuit Judges.[*]

PER CURIAM

Defendant-appellant Wal-Mart Stores, Inc. appeals the judgment
on the jury verdict in favor of plaintiffs-appellees Briseno and
Hargus, contending that it was error to deny its Rule 50 motions
for judgment as a matter of law because there was no sufficient
evidence of any false imprisonment of either plaintiff, nor of any

---

[*]Pursuant to Local Rule 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

compensable mental anguish, which was the only element of damages submitted to the jury.  After considering the argument of counsel, the briefs, and the relevant portions of the record, this Court concludes that Wal-Mart's arguments are without merit and that there was sufficient evidence to take the case to the jury. Accordingly, the judgment of the district court is

AFFIRMED.